To United States District Court, Clerk

I am requesting Document 1 of case number 3:97-cv-00281-WHA, from the U.S. Dist. Court in the northern District of California (San Francisco) (1997).

If you send to me the cost I can send the amount to cover this request.

Thank You, Sincerely,

Clyde Pontefract
13955-035
FCI Ft Dix
PO Box 2000
JBMDL, N.J. 08640

RECEIVED
MAY 31 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Clyde Pontefract
13955-035
FCI Ft Dix
PO Box 2000
JOMOL, N.J.
08640

U.S. Courthouse
450 Golden Gate Ave, 16 Floor
Internal Box 36060
San Francisco, Ca 94102-3434

TRENTON NJ 085
15 JUN 2022 PM 3 L

FOREVER / USA